# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY  11, 2014

## NO.  03-14-00043-CV

**Mosie Parks, Appellant**

**v.**

**Timber Apartments, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgment signed by the trial court on January 21, 2014.  Having reviewed the record, the Court holds that Mosie Parks has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court.  Therefore, the Court dismisses the appeal for want of prosecution.  Because appellant is indigent and unable to pay costs, no adjudication of costs is made.